# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CRIMINAL NO. 5:05CR207-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| MAURICE E. BETHEA ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion for a status of counsel hearing.

On review of the Defendant's motion, the Court finds a status of counsel hearing is warranted.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for a status of counsel hearing is **ALLOWED**, and such hearing is hereby referred to United States Magistrate Judge David Keesler.

**IT IS FURTHER ORDERED** that, before a hearing is scheduled, the United States Attorney contact the Court in the District of South Carolina and determine when the Defendant could attend a hearing in this District so as not to disrupt the proceedings in that Court. Thereafter, the United

States Attorney shall contact the United States Marshal in this District to determine when the Defendant could be transported to this District for such a hearing. After receipt of this information, the United States Attorney shall contact the Magistrate Judge and schedule the status of counsel hearing.

**IT IS FURTHER ORDERED** that when a date is determined, the Magistrate Judge shall enter an appropriate order directing the United States Marshal to transport the Defendant to this District for the hearing.

**IT IS FURTHER ORDERED** that all parties shall endeavor to schedule this hearing on or before March 23, 2007.

The Clerk of Court is directed to transmit this Order electronically to United States Magistrate Judge David Keesler, the United States Attorney, the United States Marshal, and defense counsel; a copy of the Order shall be mailed to the Defendant.

Signed: February 21, 2007

Lacy H. Thornburg
United States District Judge