# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO.: 5:05CR207

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>) **ORDER**<br>MAURICE E. BETHEA, )<br>)<br>Defendant. )<br>) | |

**THIS MATTER IS BEFORE THE COURT** pursuant to the Order of the Honorable Lacy H. Thornburg, United States District Judge, filed in this matter on February 21, 2007. In that Order, Judge Thornburg directed that a status of counsel hearing be set before the undersigned on or before March 23, 2007. In consultation with the parties, the staff of the undersigned has determined that such a hearing can be conducted before the undersigned at 2:00 p.m. on Thursday, March 22, 2007.

**IT IS THEREFORE ORDERED** that the above-captioned matter be set before the undersigned for a status of counsel hearing in Charlotte, North Carolina at 2:00 p.m. on Thursday, March 22, 2007.

**IT IS FURTHER ORDERED** that the United States Marshal shall transport the defendant from the District of South Carolina to the Western District of North Carolina for purposes of this hearing on or before March 22, 2007.

**IT IS FURTHER ORDERED** that the United States Marshal shall not transport the defendant from the District of South Carolina prior to the defendant's sentencing hearing in that district, which hearing is believed to be scheduled for Friday, March 16, 2007.

The Clerk of Court is directed to transmit this Order electronically to United States District Judge Lacy H. Thornburg, the United States Attorney, the United States Marshal, and defense counsel; a copy of the Order shall be mailed to the defendant.

Signed: March 15, 2007

David C. Keesler
United States Magistrate Judge