IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CRIMINAL NO. 5:05CR207-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| MAURICE E. BETHEA | ) | |

**THIS MATTER** is before the Court *sua sponte* to reschedule the June 20, 2007, sentencing.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing is hereby **RESCHEDULED** for **MONDAY, JUNE 25, 2007, AT 2:00 PM, IN ASHEVILLE, NORTH CAROLINA.**

Signed: May 29, 2007

Lacy H. Thornburg
United States District Judge