**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

**CRIMINAL NO. 5:05CR207-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MAURICE E. BETHEA** | ) | |
| | ) | |

**THIS MATTER** is before the Court on motion of Defendant's appellate counsel for an order allowing access to confidential or sealed documents for use in the pending appeal.

For the reasons set forth in the motion,

**IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED.** The Clerk is directed to permit appellate counsel access to the confidential and/or sealed documents in the Defendant's court file. Upon receipt of this Order, the Clerk shall transmit to counsel copies of the Defendant's presentence report, objections and amendments thereto, and the Court's statement of reasons accompanying the Defendant's Judgment of Conviction.

Signed: September 12, 2007

Lacy H. Thornburg
United States District Judge