# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:05-CR-00207-KDB-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MAURICE EDWARD BETHEA, <br><br> **Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Terminate Supervised Release. (Doc. No. 184) ("Motion").

On January 26, 2006, Defendant pled guilty to one count of conspiracy to commit securities fraud, bank loan fraud, mail and wire fraud, one count of securities fraud and aiding and abetting, one count of mortgage fraud and aiding and abetting, and one count of money laundering and aiding and abetting. Defendant was sentenced to 216 months of imprisonment and 5 years of supervised release. (Doc. No. 137).

Title 18 U.S.C. § 3583(e) states that a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

In support of his Motion, Defendant states that he has become a productive member of the community through his family nonprofit, Reese's Helping Hands, by assisting in food distribution during COVID and assisting in distributing toys at Christmas since his release on January 17, 2020.

He also states that he has received accolades for his performance at work and was recently promoted. Defendant is under supervision in the Northern District of Georgia, but the Western District of North Carolina ("W.D.N.C.") maintains jurisdiction over his supervised release. His current supervising officer in Georgia shared with the Court that Defendant, without permission from the probation office, from November 2021 to April 2022, established six new lines of credit. On August 17, 2022, on administrative hearing was held between Supervisory United States Probation Officer, Stan Tinsley, Defendant and the current supervising officer, where Defendant was verbally reprimanded and warned that Court action would be requested if he continued to violate the terms of his supervised release in this manner. The supervising officer objects to early termination of Defendant's supervised release and feels he needs continued supervision. The Court agrees with the supervising officer. The Court will deny Defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Terminate Supervised Release, (Doc. No. 184), is **DENIED** without prejudice. Defendant's term of supervised release shall continue as originally sentenced. The Clerk is directed to serve a copy of this Order on Defendant and the United States Probation Office.

**SO ORDERED**.

Signed: September 11, 2023

Kenneth D. Bell
United States District Judge